NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re THOMAS MELVIN JONES, JR.,**

*Petitioner*

---

2026-130

---

On Petition for Writ of Mandamus to the Department of Veterans Affairs.

---

**ON PETITION AND MOTION**

---

Before DYK, REYNA, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Thomas Melvin Jones, Jr. petitions for a writ of mandamus "commanding the Secretary of Veterans Affairs and Board of Veterans' Appeals" to grant various relief in connection with his claims for veterans benefits "currently pending before the Board." ECF No. 2 at 3. Mr. Jones also moves for leave to proceed *in forma pauperis.*

A writ of mandamus is an extraordinary remedy and may only issue if petitioner has shown a clear and indisputable right to relief and that there are no other adequate means to attain the relief desired. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004). Mr. Jones has

not met this demanding standard here at least because he has not shown that the normal appeal process is inadequate[1] or that any delay in this matter is so egregious as to warrant mandamus relief.

Accordingly,

IT IS ORDERED THAT:

(1)  The petition for mandamus is denied.

(2)  The motion for leave to proceed *in forma pauperis* is denied as moot.

FOR THE COURT

March 20, 2026
       Date

Jarrett B. Perlow
Clerk of Court

---

[1]    The court notes that Mr. Jones has also filed a petition with the United States Court of Veterans Appeals regarding his claims. *Jones v. Collins*, 26-743.